## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-391   JRT/JJG |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL THOMAS LYNCH, | |
| Defendant. | |

Nathan Petterson, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Ste 600, Minneapolis, MN 55415, for plaintiff.

Joseph Tamburino, **CAPLAN LAW FIRM, PA**, 525 Lumber Exchange Building, 10 South Fifth Street, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the defendant's request for a two-week extension of time to file objections in regards to the pre-sentence investigation and position pleadings to the Court prior to sentencing. The Court finds that defendant has shown good cause for an extension to file objections and position pleadings and will allow the government and defendant an extension.

Based upon defendant's request, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's request for an extension of time for filing position pleadings [Docket No. 16] is **GRANTED**.

2. Objections to the pre-sentence investigation are due **May 19, 2009**, and position pleadings are due **May 26, 2009**.

Dated:  May 12, 2009
at Minneapolis, Minnesota                          s/John R. Tunheim
                                                                      JOHN R. TUNHEIM
                                                                   United States District Judge